Decided November 5, 2009

---

## CREDIT ONE, LLC *v.* WILLIAM E. HEAD

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 92 (AC 30467), is denied.

*William E. Head*, pro se, in support of the petition.

Decided November 5, 2009

---

## WASHINGTON MUTUAL BANK, F.A. *v.* ROBERT WALPUCK ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 30822) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Robert Walpuck*, pro se, in support of the petition.

*S. Bruce Fair*, in opposition.

Decided November 5, 2009